**UNITED STATES OF AMERICA,**
**Plaintiff–Appellee**

v.

**Jose GONZALEZ–GARZA,**
**Defendant–Appellant.**

**No. 09–40186**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Oscar Maria Alvarez, Law Office of Oscar Alvarez, McAllen, TX, for Defendant–Appellant.

---

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Gonzalez–Garza raises arguments that are foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed the holding in *United States v. Gamez–Gonzalez*, 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not a material element of the offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before GARZA, DENNIS, and ELROD, Circuit Judges.